## 9741.  FLANNAGAN v. THE STATE.

BLOODWORTH, J.  1. Where the defendant, on cross-examination of a witness for the State, put in evidence her own general character, it was not error for the court thereafter to allow other witnesses to testify that they were "acquainted with the general reputation of the defendant for lewdness, and it is bad."

2. While the evidence as to the general reputation of the defendant and of her house for lewdness, standing alone, would not be sufficient to authorize a conviction, there was other evidence which, taken in connection with this, was sufficient to authorize the jury to convict on the count for keeping a lewd house. *Fitzgerald* v. *State*, 10 *Ga. App.* 70 (5), 76 (72 S. E. 541).

3. There was ample evidence to authorize the conviction on the count for running a disorderly house.

> Judgment affirmed.  *Broyles, P. J., and Harwell, J., concur.*
>                    DECIDED OCTOBER 8, 1918.

Accusation of misdemeanor; from city court of Floyd county— Judge Nunnally.  April 15, 1918.

*W. B. Mebane,* for plaintiff in error.

*J. F. Kelly, solicitor,* contra.